# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## DOCKET NO. 1:16-cv-00080-FDW-DSC

| | |
|---|---|
| ANTHONY P. TWITTY, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| CAROLYN W. COLVIN, ) Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant Acting Commissioner of Social Security Carolyn W. Colvin's Consent Motion to Remand. (Doc. No. 10). Plaintiff has consented to this remand.

Accordingly, for good cause shown, the Court hereby GRANTS Defendant's Motion, REVERSES the Commissioner's decision under sentence four of 42 U.S.C. section 405(g) and REMANDS the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). Consequently, Plaintiff's Summary Judgment Motion (Doc. No. 8) is DENIED as MOOT.

SO ORDERED.

Signed: October 11, 2016

Frank D. Whitney
Chief United States District Judge